BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR. S-11-0132 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALFREDO LUIS GONZALEZ, | |
| Defendant. | |

The parties request that the status conference currently set for March 27, 2014, at 9:30 a.m., be continued to May 1, 2014, and stipulate that the time beginning March 27, 2014, and extending through May 1, 2014, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18U.S.C. § 3161(h)(7)(B)(iv). Specifically, counsel needs additional time to investigate the facts of the case, review discovery and to negotiate a resolution to this matter. The parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18U.S.C. § 3161(h)(7)(B)(iv).

///

///

Stipulation and Order                                            1

| | |
|---|---|
| Dated: March 24, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: March 24, 2014 | /s/ Michael M. Beckwith<br>MICHAEL M. BECKWITH<br>Assistant United States Attorney |
| Dated: March 24, 2014 | /s/ Hayes H. Gable, III<br>HAYES H. GABLE, III<br>Attorney for defendant Alfredo Luis Gonzalez |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for March 27, 2014, be continued to May 1, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court herby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including May 1, 2014, status conference shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: March 27, 2014

_____
Troy L. Nunley
United States District Judge

Stipulation and Order                              2