BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO LUIS GONZALEZ,<br><br>Defendant. | CASE NO. 2:11-CR-0132 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

The parties request that the status conference currently set for May 1, 2014, at 9:30 a.m. be continued to July 24, 2014, and stipulate that the time beginning May 1, 2014, and extending through July 24, 2014, should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4). Also, the parties agree that the nature of this case is complex because it arose from a federal wiretap investigation into international drug trafficking. 18 U.S.C. § 3161(h)(7)(B)(ii) (Local Code T2). Counsel needs additional time to investigate the facts of the case and review discovery.

///

///

Stipulation and Order       1

The parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv) and (ii).

Dated:  April 24, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

Dated:  April 24, 2014                    /s/ Michael M. Beckwith
                                          MICHAEL M. BECKWITH
                                          Assistant United States Attorney

Dated:  April 24, 2014                    /s/ Hayes H. Gable, III
                                          HAYES H. GABLE, III
                                          Attorney for defendant Alfredo Luis Gonzalez

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 1, 2014, be continued to July 24, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including July 24, 2014, shall be excluded from the computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and (ii), Local Code T-4 and T-2.

Dated: April 25, 2014

                                          _____
                                          Troy L. Nunley
                                          United States District Judge

Stipulation and Order                    2