1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,                CASE NO.  2:11-CR-0132 TLN
11
                  Plaintiff,                ORDER TO CONTINUE STATUS
12                                          CONFERENCE
             v.
13
   ALFREDO LUIS GONZALEZ,
14
                  Defendant.
15

16

17                                      **ORDER**

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status

19 conference presently set for July 31, 2014, be continued to August 28, 2014, at 9:30 a.m.

20 Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds the

21 ends of justice to be served by granting a continuance outweigh the best interests of the public and the

22 defendant in a speedy trial.  It is ordered that time beginning July 31, 2014, to and including August 28,

23 2014, shall be excluded from the computation of time within which the trial of this matter must be

24 commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and (ii), Local Code

25 T-4 and T-2.

26

27 Dated:  July 29, 2014

28                                                      _____
                                                        Troy L. Nunley
                                                        United States District Judge

                                           1